FILED

04/01/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0041

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0041

_____

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

BENEDICT DALE FREDERICKS,

      Defendant and Appellant.

_____

**GRANT OF EXTENSION**

_____

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including May 3, 2024, within which to prepare, serve, and file the State's response brief.

CL

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
April 1 2024